**Opinion filed August 18, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00228-CR

_____

## IN RE GAGE BOLERJACK

### Original Mandamus Proceeding

### M E M O R A N D U M   O P I N I O N

Gage Bolerjack, Relator, has filed an original mandamus proceeding in this court. He asserts that he has been indicted for various offenses, including murder, and he requests that we direct the judge of the 142nd District Court of Midland County to set bail in an appropriate amount. Relator states that he has been in jail for over a year and that his bail has been set at an excessive amount. We deny Relator's request for mandamus relief.

We note that Relator attached no documentation to his petition for writ of mandamus. He has not presented this court with a certified or sworn copy of any motion or order showing the matter complained of as required by TEX. R. APP. P. 52.3. Therefore, we hold that Relator has not presented us with an adequate

record to demonstrate that he is entitled to mandamus relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). Furthermore, mandamus is not the appropriate remedy in this situation because Relator has an adequate remedy at law. To challenge the amount or conditions of bail, a person may file a pretrial writ of habeas corpus in the trial court and may appeal the trial court's ruling thereon. *Ex parte Smith*, 178 S.W.3d 797, 801 (Tex. Crim. App. 2005); *In re Herrera*, No. 05-14-00394-CV, 2014 WL 1477922 (Tex. App.—Dallas Apr. 14, 2014, orig. proceeding) (mem. op.).

We deny Relator's petition for writ of mandamus.

PER CURIAM

August 18, 2016

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.